# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| DARRYL W. STEVENS,<br>*Plaintiff*, | CASE No. 6:14–cv–00021 |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>*Defendant*. | JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **OVERRULES** Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 23); **ADOPTS** Judge Ballou's Report and Recommendation in full (docket no. 22); **GRANTS** the Commissioner's Motion for Summary Judgment (docket no. 16); **DENIES** Plaintiff's Motion for Summary Judgment (docket no. 12); and **DISMISSES** this action, striking it from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this __16th__ day of September, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE